| | |
|---|---|
| KRISTY J. DOWNING (P 67122)<br>Attorney for Plaintiff<br>Appearing *Pro Hac Vice*<br>Just Intellectuals, PLLC<br>39555 Orchard Hill Place, Suite 600<br>Novi, Michigan 48375<br>Tel:  (248) 982-3925<br>Fax:  (248) 692-0317<br><br>K BRIAN MATLOCK, Bar No. 243812<br>Matlock Law Group<br>Attorneys for Plaintiff<br>1485 Treat Blvd., Suite 200<br>Walnut Creek, California 94597<br>Tel:  (925) 944-7131<br>Fax:  (925) 944-7138<br><br>Attorneys for Plaintiff<br>JUST INTELLECTUALS, PLLC | ANDREW VALENTINE, Bar No. 162094<br>andrew.valentine@dlapiper.com<br>ALAN A. LIMBACH, Bar No. 173059<br>alan.limbach@dlapiper.com<br>ERIK R. FUEHRER, Bar No. 252578<br>erik.fuehrer@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA  94303-2214<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br><br>Attorneys for Defendant<br>THE CLOROX COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUST INTELLECTUALS, PLLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CLOROX COMPANY,<br><br>　　　　　Defendant. | CASE NO.  4:10-cv-05739-PJH<br><br>**STIPULATION TO EXTEND DATE FOR CASE MANAGEMENT HEARING AND [PROPOSED] ORDER**<br> AS MODIFIED BY THE COURT |

Plaintiff Just Intellectuals, PLLC ("Just Intellectuals") and defendant The Clorox Company ("Clorox"), hereby submit this Stipulation and [Proposed] Order to extend the date for the case management hearing in this action. The Parties stipulate as follows:

1. A case management conference (CMC) in this case is currently set for March 31, 2011 at 1:00 p.m.

2. Andrew Valentine, lead trial counsel for Clorox, is working on an international pro bono project in Namibia drafting a legal manual for use by legal professionals and paralegals (www.NewPerimeter.com). On short notice (the need to travel only came up in that last several days), Mr. Valentine is required to travel to Namibia beginning March 28, 2011.

3. Mr. Valentine has reached out to counsel for Just Intellectuals concerning this issue and (subject to the Court's approval) the parties have agreed to extend the time for the CMC.

4. Because of the nature of the case, and in the interest of preventing delay and in an effort to comply with the Court's rules, the parties have agreed upon the following schedule in the interim:

| **Date** | **Event** |
|---|---|
| April 14, 2011 | Deadline for parties to serve initial disclosures |
| April 25, 2011 | Deadline for Clorox to file its renewed motions to dismiss |
| June 1, 2011 | Deadline for Just Intellectuals to file its oppositions to Clorox's renewed motions to dismiss |
| June 8, 2011 | Deadline for Clorox to file reply briefs in support of its renewed motions to dismiss |
| July 6, 2011 at 9:00 a.m. ~~June 22, 2011, 2:00 p.m.~~ (if the Court's schedule permits) | Hearing on Clorox's renewed motions to dismiss |

5. The parties are aware that the Court is not available to hold a CMC until May 2011 and request that the Court reschedule the CMC in this action for the next available date after May 31, 2011 as counsel for Just Intellectuals is unavailable between May 16 and 31, 2011. If the Court agrees, the parties believe that the CMC could be held at the same time as the hearing on Clorox's motions to dismiss.

6. Mr. Valentine also has discussed this issue with counsel for San Francisco

Technology, Inc. in the related case titled *San Francisco Technology, Inc. v. The Brita Products Company*, Case No. 5:10-cv-01648-PJH and the parties are filing a similar stipulation in that case.

7. If the CMC proceeds on March 31, 2011 as currently scheduled, Alan Limbach and Erik Fuehrer would attend for Clorox. Both Mr. Limbach and Mr. Fuehrer have authority from Clorox to agree to a schedule, are very familiar with false marking cases, and have a working relationship with plaintiff's counsel.

In accordance with General Order 45.X.B., Erik R. Fuehrer, counsel for The Clorox Company, attests that each other signatory listed below has concurred in this filing.

IT IS SO STIPULATED.

Dated: March 25, 2011

        DLA PIPER LLP (US)

        By /s/ Andrew Valentine
           ANDREW P. VALENTINE
           ALAN LIMBACH
           ERIK R. FUEHRER
           DLA PIPER LLP (US)
           2000 University Avenue
           East Palo Alto, CA 94303-2214
           Tel: 650.833.2000
           Fax: 650-833-2001

           Attorneys for Defendant,
           THE BRITA PRODUCTS COMPANY

Dated: March 25, 2011

        /s/ Kristy J. Downing
        Kristy J. Downing, Esq. (P67122)

        /s/ K Brian Matlock
        K Brian Matlock, Esq. (P 243812)

        Attorneys for Plaintiff
        JUST INTELLECTUALS, PLLC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** The case management conference is VACATED and will be rescheduled after the ruling on the motion to dismiss. The hearing on the motion to dismiss will be held on July 6, 2011 at 9:00 a.m.

Date: 3/28/11

_____
Honorable Phyllis J. Hamilton, U.S. District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*