KRISTY J. DOWNING (P 67122)
Attorney for Plaintiff
Appearing *Pro Hac Vice*
Just Intellectuals, PLLC
6 Parklane Blvd., Suite 432
Dearborn, Michigan 48126
Tel:   (248) 982-3925
Fax:   (248) 692-0317

Attorneys for Plaintiff
JUST INTELLECTUALS, PLLC

ANDREW VALENTINE, Bar No. 162094
andrew.valentine@dlapiper.com
ALAN A. LIMBACH, Bar No. 173059
alan.limbach@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
THE CLOROX COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUST INTELLECTUALS, PLLC, | CASE NO.  4:10-cv-05739-PJH |
| Plaintiff, | **STIPULATION TO SET A DATE FOR CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE CLOROX COMPANY, | |
| Defendant. | |

1     Plaintiff Just Intellectuals, PLLC ("Just Intellectuals") and defendant The Clorox

2 Company ("Clorox"), hereby submit this Stipulation to set the date for the parties' case

3 management conference for Thursday, April 05, 2012 at 2pm.  The parties stipulate as follows:

4     1.    A Case Management Conference (CMC) was originally set for March 30, 2011,

5 but was initially postponed due to defense counsel's travel schedule and subsequently postponed

6 due to the adjudication defendant's motion to dismiss (filed April 25, 2011).

7     2.    A CMC in this case is currently set for March 01, 2012 but requires postponement

8 due to plaintiff's need to replace local counsel;

9     3.    Kristy J. Downing, lead trial counsel for Just Intellectuals, is available for

10 Thursday, April 05, 2012 at 2pm;

11     4.    Andrew Valentine, lead trial counsel for Clorox, is available for Thursday, April

12 05, 2012 at 2pm;

13     In accordance with General Order 45.X.B., Kristy Downing, counsel for plaintiff, attests that each other signatory listed below has concurred in this filing.

15 IT IS SO STIPULATED.

-2-
STIPULATION TO SET A DATE FOR CASE MANAGEMENT CONFERENCE; CASE
NO.  4:10-CV-05739-PJH

Dated:  February 28, 2012

DLA PIPER LLP (US)

By  /s/ Andrew Valentine
ANDREW P. VALENTINE
ALAN LIMBACH
ERIK R. FUEHRER
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax: 650-833-2001

Attorneys for Defendant,
THE BRITA PRODUCTS COMPANY

Dated:  February 28, 2012

 /s/ Kristy J. Downing
Kristy J. Downing, Esq. (P67122)

Attorneys for Plaintiff
JUST INTELLECTUALS, PLLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  3/1/12  _____

Honorable Phyllis J. Hamilton, U.S. District Judge

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*